SEALED

McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
SEP 1 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>ROMAL PINEDA,<br>MIGUEL VAQUERA, JR.,<br>ELVIS ZELAYA, AND<br>FRANCISCO QUIROZ,<br><br>                          Defendants. | CASE NO. 1:19 CR - 00195 DAD BAM<br><br>MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 5, 2019, charging the above defendant with a violation of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substances (Methamphetamine, Heroin); 21 U.S.C. § 841(a)(1) – Distribution of Controlled Substances (Methamphetamine, Heroin); 21 U.S.C. § 841(a)(1) -- Possession With Intent to Distribute Controlled Substances – 2 counts; and 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c) - Criminal Forfeiture Allegation, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been

1  given bail, that no person shall disclose the finding of the Indictment or any warrant
2  issued pursuant thereto, except when necessary for the issuance and execution of the
3  warrant.

4  DATED: September 5, 2019          Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                              By     /s/ Melanie L. Alsworth
                                     MELANIE L. ALSWORTH
                                     Assistant U.S. Attorney


   IT IS SO ORDERED.
                12
Dated: September 5, 2019              /s/ Sheila K. Oberto
                                     SHEILA K. OBERTO
                                     U.S. Magistrate Judge