**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>   v.<br><br>**FRANCISCO QUIROZ**<br><br>      Defendant. | CR NO: 1:19-CR-00195-ADA-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 ☒ Ad Prosequendum   ☐ Ad Testificandum

| | | | |
|---|---|---|---|
| Name of Detainee: | | FRANCISCO QUIROZ | |
| Detained at | | FRESNO COUNTY JAIL | |
| Detainee is: | a.) | ☒ charged in this district by: | ☒ Indictment ☐ Information ☐ Complaint charging detainee with: |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary Wednesday, April 5, 2023 at 2:00pm in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Jeffrey Spivak |
| Printed Name & Phone No: | Jeffrey Spivak 559-497-4073 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
 ☒ Ad Prosequendum   ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, Wednesday, April 5, 2022 at 2:00pm, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Mar 31, 2023**

                     Honorable Stanley A. Boone
                     U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 22405316 | DOB: | 09/24/1975 |
| Facility Address: | | Race: | HISP |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                   (signature)