PHILLIP A. TALBERT
United States Attorney
JEFFREY SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00195-ADA-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| FRANCISCO QUIROZ, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed be unsealed and become public record.

IT IS SO ORDERED.

Dated: __**April 5, 2023**__

UNITED STATES MAGISTRATE JUDGE

MOTION AND ORDER TO UNSEAL

1