**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:19-CR-00195-ADA-BAM |
| **FRANCISCO QUIROZ** | |
| Defendant. | |

**FILED**
Apr 11, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: FRANCISCO QUIROZ
Detained at: WASCO STATE PRISON
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with:
or b.) ☐ a witness not otherwise available by ordinary process of the Court
Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Wednesday, April 12, 2023 at 1:00pm in the Eastern District of California.*

Signature: /s/Jeffrey Spivak
Printed Name & Phone No: Jeffrey Spivak 559-497-4073
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, Wednesday, April 12, 2022 at 1:00pm, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **April 11, 2023**

/s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: 22405316
Facility Address:
Facility Phone:
Currently

☒ Male ☐ Female
DOB: 09/24/1975
Race: HISP
FBI#:

### RETURN OF SERVICE

Executed on: _____
(signature)