1 PHILLIP A. TALBERT
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00195-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| FRANCISCO QUIROZ (4), | TRIAL DATE: September 17, 2024<br>TIME: 8:30 a.m. |
| Defendant. | |

This case is set for Jury Trial on September 17, 2024. Defendant Francisco Quiroz (4) has resolved his case with the government, and intend to file a plea agreement soon. Accordingly, the parties request the Court vacate the trial date as to Defendant Francisco Quiroz (4), and set change of plea date on August 12, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Francisco Quiroz (4), by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial on September 17, 2024.

2. This case has resolved and the parties request the Court vacate the trial date as to Francisco Quiroz (4) only and set change of plea date on August 12, 2024.

IT IS SO STIPULATED.

1

Dated: June 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: June 13, 2024

/s/ Douglas Foster
Douglas Foster
Counsel for Defendant
Francisco Quiroz (4)

## ORDER

IT IS SO ORDERED that the jury trial set for September 17, 2024 and trial confirmation set for August 28, 2024 are vacated. A change of plea hearing is set for **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time was previously excluded through September 17, 2024.

IT IS SO ORDERED.

Dated: **June 14, 2024**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2