DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street, Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
FRANCISCO QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO QUIROZ,<br><br>Defendant. | Case No. 1:19-CR-00195-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME |

**STIPULATION**

By previous order, this matter was set for change of plea on September 9, 2024, at 8:30 a.m. By this stipulation, the parties now move to continue and reset the matter for change of plea before the Court for **October 7, 2024, at 8:30 a.m.**, and to exclude time between the date of this stipulation and October 7, 2024, under 3161(h)(7)(A), (B)(ii), B(iv) [Local Codes T2 and T4].

The parties agree and stipulate, and request that the Court find the following:

The Court set a deadline for August 5, 2024, to submit final plea documents. The parties have reached a plea agreement. However, the defense has been delayed in obtaining signed plea documents from the defendant who is housed in a jail facility. The parties would thus need a short amount of additional time to obtain final plea documents for the Court's consideration. The earliest convenient date for a reset change of plea hearing is October 7, 2024. Thus, the

parties request that the current change of plea hearing be continued and reset to October 7, 2024, at 8:30 a.m.

By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including August 12, 2024. The parties also request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including October 7, 2024, to allow defendant to continue to consult with counsel, and to prepare for and attend a change of plea hearing, and for the Court's consideration of forthcoming plea documents.

IT IS SO SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 8/7/2024        /s/ Henry Z. Carbajal III
        HENRY Z. CARBAJAL III
        Assistant United States Attorney
        Attorney for Plaintiff

DATED: 8/7/2024        /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        FRANCISCO QUIROZ

## ORDER

IT IS SO ORDERED that the change of plea hearing is continued from September 9, 2024, to **October 7, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to October 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 7, 2024**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE