PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00195-NODJ-BAM |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| FRANCISCO QUIROZ (4), | DATE: October 7, 2024 |
| Defendant. | TIME: 8:30 a.m. |

This case is set for Change of Plea Hearing on October 7, 2024. The parties need a short continuance to finalize the plea agreement. Accordingly, the parties request the Court continue the change of plea hearing date from October 7, 2024 to November 20, 2024, and to exclude the time period between October 7, 2024 and November 20, 2024 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Francisco Quiroz (4), by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for is set for Change of Plea Hearing on October 7, 2024.

2.      The parties need approximately need a short continuance to address one issue and finalize the plea agreement. Accordingly, the parties request the Court continue the change of plea hearing date from October 7, 2024 to November 20, 2024.

1

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes numerous investigative reports and other documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2024 to November 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


Dated:  September 30, 2024                    PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ JEFFREY A. SPIVAK
                                              JEFFREY A. SPIVAK
                                              Assistant United States Attorney

Dated:  September 30, 2024

/s/ Douglas Foster
Douglas Foster
Counsel for Defendant
Francisco Quiroz (4)

### **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from October 7, 2024, to **November 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 1, 2024**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE

3