PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO QUIROZ (4),<br><br>Defendant. | CASE NO. 1:19-CR-00195-NODJ-BAM<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: November 18, 2024<br>TIME: 8:30 a.m. |

This case is set for Change of Plea Hearing on November 18, 2024. Defendant seeks a short continuance to finalize the plea agreement. Accordingly, the parties request the Court continue the change of plea hearing date from November 18, 2024 to January 13, 2025, and to exclude the time period between November 18, 2024 and January 13, 2025 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Francisco Quiroz (4), by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for is set for Change of Plea Hearing on November 20, 2024. On November 8, the Court advanced the change of plea hearing to November 18, 2024.

2. The parties need a short continuance to allow defendant to conduct legal research and finalize the plea agreement. Accordingly, the parties request the Court continue the change of plea hearing date from November 18, 2024 to January 13, 2025.

1

3.  The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes numerous investigative reports and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2024 to January 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 12, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

2

Dated:  November 12, 2024      /s/ Douglas Foster
Douglas Foster
Counsel for Defendant
Francisco Quiroz (4)

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from November 18, 2024, to **January 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:  **November 13, 2024**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3