DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street, Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
FRANCISCO QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO QUIROZ,<br><br>Defendant. | Case No. 1:19-cr-00195-NODJ-BAM<br><br>STIPULATION AND ORDER TO RE-SET DEADLINES FOR OBJECTIONS AND SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for March 24, 2025, be continued to May 5, 2023. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

| | |
|---|---|
| 3/24/2025: | Draft PSR due. |
| 4/7/2025: | Informal objections due. |
| 4/14/2025: | Final Revised PSR filed with the Court and parties. |
| 4/21/2025: | Formal objections filed with the Court. |
| 5/5/2023: | Sentencing. |

Counsel for the government and the assigned USPO have no objection to the reopening the informal objections process or to the proposed schedule.

IT IS SO SIPULATED:

          PHILLIP A. TALBERT
          United States Attorney

DATED: 3/5/25         /s/ Jeffrey Spivak
          Jeffrey Spivak
          Assistant United States Attorney
          Attorney for Plaintiff

DATED: 2/28/25        /s/ Douglas Foster
          DOUGLAS C. FOSTER
          Law Offices of Douglas C. Foster
          Attorney for Defendant
          FRANCISCO QUIROZ

## **ORDER**

IT IS SO ORDERED that the deadlines for the filing of objections shall be reopened and the schedule for filing be reset as follows:

    3/24/2025:    Draft PSR due.
    4/7/2025:     Informal objections due.
    4/14/2025:    Final Revised PSR filed with the Court and parties.
    4/21/2025:    Formal objections filed with the Court.

IT IS FURTHER ORDERED that the sentencing hearing be continued from March 24, 2025, to **May 5, 2025, at 8:30 a.m. in Courtroom 5 before the District Judge**.

IT IS SO ORDERED.

Dated:  **March 5, 2025**        /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE

USA v. Quiroz – Stipulation and Order