DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street, Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
FRANCISCO QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00195-TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING. |
| FRANCISCO QUIROZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for May 5, 2025, be continued to **August 25, 2025, at 9:30 a.m**. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

    8/11/2025:    Formal objections filed with the Court.
    8/25/2025:    Sentencing.

Counsel for the government and the assigned USPO have no objection to proposed schedule. Therefore, by stipulation, the parties now move to continue the sentencing hearing until August 25, 2025. No exclusion of time is necessary. Counsel require additional time to prepare for sentencing.

IT IS SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 4/28/25        /s/ Jeffrey Spivak

        Jeffrey Spivak
        Assistant United States Attorney
        Attorney for Plaintiff


DATED: 4/28/25        /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        FRANCISCO QUIROZ

## **ORDER**

IT IS SO ORDERED that the deadlines for the filing of objections shall be reopened and the schedule for filing be reset as follows:

    8/11/2025:    Formal objections filed with the Court.
    8/25/2025:    Sentencing.

DATED: April 28, 2025

        Troy L. Nunley
        Chief United States District Judge